AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*November 09, 2026*
Nathan Ochsner, Clerk of Court

United States of America
v.
Jason Leon Watford

*Defendant(s)*

Case No. **3:26-mj-40**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 8th, 2026 in the county of Special Maritime Jurisdiction in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S. Code § 1111 | Murder |

This criminal complaint is based on these facts:

See attached document titled "AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT"

☑ Continued on the attached sheet.

Thomas G Plew
*Complainant's signature*

Thomas Plew, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-9-26

*Judge's signature*

City and state: ~~Galveston, Texas~~ Beaumont

Hon. Andrew M. Edison, U.S. Magistrate Judge
*Printed name and title*

Print Save As... Attach