United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 3:26−mj−00040 |
| | § | |
| Jason Leon Watford | § | |
| | § | |

## ORDER OF DETENTION PENDING HEARING

A hearing in this case is scheduled as follows:

Preliminary Examination Hearing
November 16, 2026 at 10:00 AM
7th Floor Courtroom
United States Post Office and Courthouse
601 Rosenberg
Galveston, TX 77550

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 10, 2026

Andrew Edison
United States Magistrate Judge